**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GONZALEZ,<br><br>               Petitioner,<br><br>   vs.<br><br>MIKE D. MCDONALD, Warden,<br><br>               Respondent. | CASE NO. CV 10-05282-GW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has reviewed the record *de novo* with respect to those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: September 29, 2011

                                                 GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE