**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERARDO GONZALEZ, | ) | CASE NO. CV 10-05282-GW (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MIKE D. MCDONALD, Warden, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of GERARDO GONZALEZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 29, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE